■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL KANE, Appellant. [53 NYS3d 562]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Ambro, J.), rendered January 20, 2016, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Bryant*, 28 NY3d 1094, 1095-1096 [2016]; *People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]). The defendant's valid waiver of his right to appeal precludes appellate review of the denial of that branch of his omnibus motion which was to suppress physical evidence (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Sears*, 144 AD3d 1056 [2016]). Hall, J.P., Sgroi, Maltese and LaSalle, JJ., concur.